UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

|  |  |
|---|---|
| Phillip David Schaub,<br><br>  Plaintiff,<br><br>vs.<br><br>The County of Olmsted, Olmsted County Adult Detention Center; Steven VonWald; Bernard Sizer; John Does 1-6,<br><br>  Defendants. | Case No. 06-CV-02725 PAM/JSM<br><br>**DEFENDANTS'**<br>**RULE 26(a)(1) DISCLOSURE** |

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendants make the following prediscovery disclosure:

**(A)   The name and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subjects of information;**

   Steven VonWald
   Olmsted County
   151 Fourth Street SE
   Rochester, MN  55904

   Stacy Sinner
   Olmsted County
   151 Fourth Street SE
   Rochester, MN  55904

   Alfredo Castellanos
   Olmsted County
   151 Fourth Street SE
   Rochester, MN  55904

Richard Carlson
Olmsted County
151 Fourth Street SE
Rochester, MN  55904

Bernard Sizer
Olmsted County
151 Fourth Street SE
Rochester, MN  55904

Jon Root
Olmsted County
151 Fourth Street SE
Rochester, MN  55904

Patricia Crandall
Olmsted County
151 Fourth Street SE
Rochester, MN  55904

Dr. Molella
Mayo Clinic
200 First Street SW
Rochester, MN  55905

Amber Greenlee
Olmsted County
151 Fourth Street SE
Rochester, MN  55904

Mary Wellik
Olmsted County
151 Fourth Street SE
Rochester, MN  55904

Linda Heisinger
Olmsted County
151 Fourth Street SE
Rochester, MN  55904

Kathryn A. Stolp, MD
Mayo Clinic
200 First Street SW
Rochester, MN  55905

Each of the aforementioned witnesses has knowledge of conditions, policies and/or procedures of the Olmsted County Adult Detention Center, and treatment and care provided to Plaintiff in the Olmsted County Adult Detention Center and at Mayo Clinic facilities.

**(B)   A copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the party that are relevant to disputed facts alleged with particularity in the pleadings;**

Defendants possess records from the Olmsted County Adult Detention Center regarding Plaintiff's incarceration at the Olmsted County Adult Detention Center, and care and treatment while incarcerated at the Adult Detention Center, regarding its policies and procedures, regarding Plaintiff's probation, and regarding the legal processes against him.

**(C)   A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected for disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered;**

Not applicable.

**(D)   For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

Not applicable. Olmsted County is self-insured.

3

Dated: June 1, 2007.

                        DUNLAP & SEEGER, P.A.

                        By: /s/ Gregory J. Griffiths
                            Gregory J. Griffiths
                            Registration No. 185553

                        Attorneys for Defendants
                        206 S. Broadway, Suite 505
                        Post Office Box 549
                        Rochester, Minnesota 55903
                        Telephone: (507) 288-9111
                        Facsimile: (507) 288-9342