UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

|  |  |
|---|---|
| Phillip David Schaub,<br><br>   Plaintiff,<br><br> vs.<br><br>The County of Olmsted, Olmsted County Adult Detention Center; Steven VonWald; Bernard Sizer; John Does 1-6,<br><br>   Defendants. | Case No. 06-CV-02725 JMR/FLN<br><br>**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

TO: Plaintiff above-named and his counsel, Law Offices of Anthony J. Colleluori & Associates, LLC (Anthony J. Colleluori), 180 Froehlich Farm Blvd., Woodbury, New York 11747 and Corson Law Offices (Steven M. Corson), Post Office Box 65, Preston, Minnesota 55965.

COME NOW, Defendants, through their attorneys, Dunlap & Seeger, P.A., will and hereby do move the Court for an order granting summary judgment pursuant to Rule 56 of the Rules of Civil Procedure for the District Courts of the State of Minnesota in favor of Defendants and against Plaintiff on the grounds that there is no genuine issue of material fact and Defendants are entitled to judgment against Plaintiff as a matter of law.

.

Dated: February 3, 2009.

                        DUNLAP & SEEGER, P.A.

                        By:   /s/ Gregory J. Griffiths
                              Gregory J. Griffiths
                              Registration No. 185553

                        Attorneys for Defendants
                        206 South Broadway, Suite 505
                        Post Office Box 549
                        Rochester, Minnesota 55903
                        Telephone:  (507) 288-9111
                        Facsimile:  (507) 288-9342