Exhibit Index:

| | |
|---|---|
| A | Adult Detention Center policy on medical care. |
| B | Sentencing Order dated January 16, 2003. |
| C | Written Memorandum from Sergeant Castellanos to ADC Staff dated March 4, 2003. |
| D | Deputy Carlson's Report regarding Mr. Schaub's fall dated April 29, 2003. |
| E | Deputy Root's Report regarding Mr. Schaub's fall dated April 29, 2003. |
| F | Judge Jodi L. Williamson's letter to ADC Director Steven VonWald dated May 13, 2003. |
| G | Director VonWald's Response to Judge Williamson dated May 15, 2003. |
| H | Judge Williamson's Order dated May 16, 2003, denying Mr. Schaub's motion to modify his sentence. |
| I | ADC Medical Chart Notes regarding the medical care provided to Mr. Schaub. |
| J | Judge Williamson's Order dated July 24, 2003, regarding Mr. Schaub's release to address his medical issues. |
| K | Judge Williamson's Order dated July 28, 2003, vacating the remainder of Mr. Schaub's jail sentence. |