**OLMSTED COUNTY SHERIFF'S OFFICE**
**ADULT DETENTION CENTER**

POLICY #6-1
NCCHC STANDARD: J-E-07, J-A-01, J-A-09, J-A-10, AND J-A-11
DOC STANDARD: 2911.5800
SUBJECT: DEFINITIONS OF NECESSARY CARE
REVISED: 02-03-2003

**POLICY:**

The Olmsted County Adult Detention Center will provide necessary medical, dental and mental health services to detainees by professional staff, consistent with acceptable community standards.

**PURPOSE:**

To provide appropriate health care for detainees.

**DEFINITION (S):**

**Medically Mandatory:** Cases that require emergency care; they are cases in which urgent intervention is required; for instance, heart attack or appendectomy.

**Presently Medically Necessary:** Care without which a detainee could not be maintained without significant risk of either further serious deterioration of his/her condition or significant reduction of the chance of possible repair after release, or without significant pain or discomfort.

**PROCEDURE:**

A. The Health Care Staff will make determinations regarding what is medically mandatory or presently medically necessary.

B. The Duty Sergeant with assistance of the Emergency Room Staff will make determinations regarding what is medically mandatory in the absence of the Health Care Staff.

C. Levels of care not provided are designated as care that is medically acceptable but not medically necessary and is for the convenience of the detainee. Examples include routine hernia repair, non-cancerous skin lesions, tattoo removal and cosmetic surgery.

D. Organ transplants are not covered under this policy and will not be financed by Olmsted County.

E. The Director in cooperation with Health Services Staff will make interpretation of this policy.

**Exhibit A**

F. Clinical encounters with medical staff are conducted in private, with a chaperon present when indicated, and are carried out in a manner designed to encourage the detainee's subsequent use of health services. (J-A-11)

   a. Clinical encounters are conducted in private, without being observed or overheard by security.
   b. Security personnel are present if the detainee poses a probable risk to the safety of the health care staff. Instructions on confidentiality are given to all staff who observe or hear health encounters.

G. Detainee shall have access to care to meet their serious medical, dental, and mental health needs. (J-A-01)

H. The grievance mechanism used by the Detention Center to address detainee complaints about health care services can be found in policy DETAINEE GRIEVANCE PROCEDURE Chapter 8.