

| | |
|---|---|
| **Date:** | 3/4/2003 |
| **To:** | ADC Sergeants and ADS's |
| **From:** | Sgt. Alfredo Castellanos 1942 |
| **Re:** | Detainee Philip David Schaub (paraplegic detainee in work release) |
| **Cc:** | Capt. Sinner and Director Ward |

Detainee Schaub is a sex offender serving time in the Adult Detention Center, with credit for time served and with work release privileges.
Director VonWald informed us that we would take detainee Schaub and Capt. Sinner has asked us to do our best.
Detainee Schaub was sentenced on 1/16/2003 and he was instructed to come and serve his sentence starting on 3/4/2003.
I interviewed detainee Schaub and spent some time with him regarding his disability and what type of tasks he would be able to perform.
I ran into several major issues, as he is paralyzed from the chest down, he is in a wheel chair, uses a catheter and has to stimulate his rectum to have a bowel movement.
Keeping all of these medical issues in mind, I performed a strip search in cell B06. It was time consuming and a lot of work for the detainee.
I explained to Schaub that he should not bring extra items with him to expedite the process.
Detainee Schaub presented many obstacles regarding shower and toilet use. I was to the point of placing him in the special management unit, so medical staff could handle all of his needs, when I presented him with that option, he became more cooperative and willing to be creative.
I observed him get from the wheelchair to the toilet. I spoke with Deputy Root, and Schaub will be allowed to go to his mother's house where he resides, to eat lunch and to take a bath, so we don't have to deal with the shower issue. He does not shower every day.
I authorized 2 mattresses for his bunk, so he could get in and out of the bed without scraping himself on the metal edge of the bunk. He has no working muscles below his chest, his buttock is very delicate, and he has to prevent any sores from developing, as the sores could potentially restrict the use of his wheelchair until they are properly healed.
I prepared a daily admittance process that would work for him and us. If you have any better ideas please let us all get together to handle this difficult situation.

**Exhibit C**

Sgt. Alfredo Castellanos 1942

## Detainee Philip Schaub daily departure and arrival routine

Detainee Philip Schaub leaves the ADC everyday at 0830hrs and returns to the ADC at 1800hrs.

1. At departure time a Detention Deputy is to escort detainee Schaub from the 1849 post to the 1713 post for his release. The movement should be monitored, as the potential for contraband being passed during the movement is very high.

2. Upon returning from work detainee Schaub will report to the front lobby of the Adult Detention Center and use the red phone to inform the deputies of his arrival.

3. A Detention Deputy will meet detainee Schaub in the ADC lobby. The deputy will take control of all the property brought in by detainee Schaub, and check it for contraband. The deputy will escort him into booking, specifically cell B06 or B07.

4. A "**male Deputy**" will perform a strip search. The Deputy will retrieve a second mattress, and place it on the bunk. This is to prevent any injuries to detainee Schaub's lower body. The deputy will also search the wheelchair, as some of the wheelchair parts are removable, and the padded seat has a small pouch where contraband can be hidden.

5. A Deputy will escort detainee Schaub to the work release unit locker room, where the property will be stored in the locker provided for that purpose.

6. The work release deputy will perform these duties in the event that other male deputy is not available.