Date: 04/29/2003

Event: Informational report detainee Schaub, Philip David DOB/11/19/1963

Synopsis:
    On 04/29/2003 I Deputy Rich Carlson #1938 was giving a break in the work order unit when detainee Schaub informed me then he fell in his room.

Officer's Observations/Actions

- I was giving a break in the work order unit at about 0925 hours
  - Detainee Schaub came up to the post and stated that he fell about 20 minutes ago and his knee was swelling up
  - Detainee Schaub made the following statements to me
    - I fell about 20 minutes ago trying to go to the toilet
    - My knee is swelling up big time
    - I am afraid of blood clots as I have had them before
    - I need to go to the emergency room to get checked out before I go to work

- I had just done a well being check at 0920 hours or so and saw Schaub in his cell in his wheel chair facing away from me

- I then looked at Schaub knee and saw that it was swelling up

- I then let Schaub out 30 minute earlier then he was to go to work so he could go to the emergency room

- Since Schaub is on work order status he was allowed to drive himself but I asked if he needed us to drive him and he stated no

Disposition
    Informational report only


    Detention Deputy Rich Carlson #1938


**Exhibit D**