

Olmsted County Adult Detention Center
Incident Report

| Date: | 04/29/2003 | Time of Event: | 1200hours |
| --- | --- | --- | --- |
| Location: | Olmsted County Adult Detention Center Work Release Unit | | |
| Event: | Schaub, Phillip Falling in work release unit Cell #8 | | |

Synopsis: Detainee Schaub went to St Mary's Emergency Room because he had fallen and injured his leg.

Body:
- I deputy Root reported to work at 1030 hours.
- Deputy Carlson #1938 that Schaub had fallen in his cell informed me. (W-08)
- Deputy Carlson stated that Schaub went to St. Mary's ER to have his leg checked out
- Deputy Carlson stated that his knee was swollen up
- I received a call from Schaub at 1215 hours
- Schaub stated that he had broken his leg and that the was still at the hospital
- I called to the St. Mary's hospital and talked to the nurse in charge of Schaub and verified that he had actually broken his leg
- The nurse stated that he had broken his leg and that he would not be admitted to the hospital.
- At 1415 hours I called back and talked to the nurse again
- The nurse stated that Schaub was having a CT scan of his leg to see if there was any other damage to the leg.
- The nurse also stated that they would be putting a cast on the leg
- At 2000 hours I called back to St. Mary's hospital and talked to the Charge nurse Dennis Whipple
- Whipple stated that Schaub was staying in the hospital
- Whipple stated that Schaub was staying because he would not be able to transfer to the bed in our facility.

Disposition:
St. Mary's called and talked to Sgt. Castellanos
Detainee Schaub is staying the night at St. Mary's hospital

Deputy Signature: _____  Badge #: ___1810_____

Report Forwarded to: _____

_____

Exhibit E