

# District Court of Minnesota
### THIRD JUDICIAL DISTRICT

EMW  MAY 1 4 2003

JODI L. WILLIAMSON
JUDGE OF DISTRICT COURT

GOVERNMENT CENTER
151 FOURTH STREET SE
ROCHESTER, MINNESOTA 55904-3712
TELEPHONE (507) 285-8243
FAX (507) 285-8996

May 13, 2003

Steven VonWald, Director
Olmsted County Adult Detention Center
101 Fourth Street SE
Rochester, Minnesota 55904

Re:   State of Minnesota vs. Philip David Schaub
      Court File Number K4024311

Dear Mr. VonWald:

On May 12, 2003 Mr. Schaub, through his attorney, moved the court to allow him to serve the balance of his jail sentence on electronic home monitoring. The County Attorney's Office opposed the request.

In support of Defendant's request for electronic home monitoring, I enclose a copy of the affidavit of Philip David Schaub. With Mr. Schaub's permission, I am also enclosing a copy of a letter from Dr. Stolp dated April 7, 2003 and a hospital summary dated May 3, 2003.

The basis for Defendant's motion is that the jail cannot adequately accommodate his needs.

After you have had a chance to review this with your staff, please call me to discuss this matter.

Sincerely,

Jodi L. Williamson
Judge of District Court

**Exhibit F**

JLW:mam
Enclosures
  cc:   Gary A. Gittus, Attorney for Defendant
        David F. McLeod, Assistant Olmsted County Attorney

MAY 1 4 2003

EMW-C