```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF MINNESOTA
                   06-CV-2725(JMR/FLN)
```

Phillip David Schaub           )
                               )
         v.                    )     ORDER
                               )
County of Olmstead et al.      )

This matter came on for a bench trial on December 14, 2009. After the conclusion of the evidence, and argument by counsel, occurring on December 17, 2009, the Court orally entered its findings of fact and conclusions of law, pursuant to Federal Rule of Civil Procedure 52.

Accordingly, IT IS ORDERED that:

1. Judgment is granted in favor of the plaintiff and against defendant, Steven VonWald, as follows:

    a. The sum of $114,000 for lost wages.

    b. The sum of $100,000 for pain, suffering, and emotional suffering.

    c. The sum of $750,000 in punitive damages.

    d. Attorneys' fees in an amount to be determined.

2. Judgment is granted in favor of each and all other defendants.

IT IS SO ORDERED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  December 30, 2009

                                        s/ JAMES M. ROSENBAUM
                                        JAMES M. ROSENBAUM
                                        United States District Judge